# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LOUIS ARNOLD PHILLIPS,<br><br>Petitioner,<br><br>v.<br><br>KEVIN CHAPPEL, as Warden of San Quentin State Prison,<br><br>Respondent. | Case No. 1:92-cv-5167 AWI<br><br>DEATH PENALTY CASE<br><br>ORDER REGARDING COPIES OF COURT DOCUMENTS<br><br>(ECF No. 355) |

This case was closed on June 12, 2013 following entry judgment granting in part Petitioner's writ of habeas corpus.

Petitioner, acting pro se, sent the Court Clerk a letter dated July 11, 2014, requesting guidance on the procedure to obtain copies of noted sealed documents filed in the action. On November 12, 2014, the letter was docketed as a motion for copies of documents.

Upon review of the letter, it is HEREBY ORDERED that:

1. The Court Clerk is directed to provide Petitioner with its standard (Bluesheet) Notice response to requests for copies of court documents and the process for obtaining copies at the scheduled rate of $0.50/page.

2. To the extent the letter was docketed as a motion, (ECF No. 355), the Court does not find good cause to vary from the Clerk's standard process above and denies relief without prejudice.

IT IS SO ORDERED.

Dated: April 9, 2015

_____
SENIOR DISTRICT JUDGE

1