# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LOUIS ARNOLD PHILLIPS,<br><br>Petitioner,<br><br>v.<br><br>KEVIN CHAPPEL, as Warden of San Quentin State Prison,<br><br>Respondent. | Case No. 1:92-cv-05167 AWI-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER UNSEALING DOCUMENTS 294-297 AND 302 FILED IN SUPPORT OF PETITIONER'S APPLICATION FOR CJA FUNDING |

This case was closed on June 12, 2013 following entry judgment granting in part Petitioner's writ of habeas corpus.

On April 22, 2015, Petitioner, acting pro se, filed a motion for reconsideration of U.S. Senior District Judge Anthony Ishii's April 9, 2015 order regarding Petitioner's July 11, 2014 request relating to copies of court documents filed under seal in this proceeding.

On April 28, 2015, Judge Ishii issued an order construing Petitioner's motion for reconsideration as an original request for copies of sealed court documents, and assigning the matter to the undersigned.

On May 1, 2015, the undersigned ordered that, by not later than May 18, 2015, Petitioner's counsel to show cause why the noted documents should not be released from seal for Petitioner's use in separate proceedings (ECF No. 359). Counsel was specifically advised

therein that failure to timely respond shall waive any objection to releasing the documents from seal. The May 18, 2015 deadline passed without counsel responding to the order to show cause.

Accordingly, for good cause shown and in light of the waiver of objection by Petitioner's counsel by virtue of her failure to respond to the order to show cause, it is HEREBY ORDERED that:

1. Petitioner's April 22, 2015 request for sealed court documents (ECF No. 357) is GRANTED such that the following documents are released from seal for Petitioner's use in separate proceedings:
    i. A request for funding, consisting of four pages (ECF No. 294),
    ii. An order regarding the budget for phase III, consisting of three pages (ECF No. 295),
    iii. A declaration of Petitioner's counsel in support of funding, consisting of three pages (ECF No. 296),
    iv. An amendment to the budget with supporting declaration of Petitioner's counsel, consisting of five pages (ECF No. 297), and
    v. An order denying amendment to the phase V budget, consisting of three pages (ECF No. 302).
2. The Court Clerk is directed to provide Petitioner with a copy of each of the above documents at no cost to Petitioner.

IT IS SO ORDERED.

Dated: **May 20, 2015**

UNITED STATES MAGISTRATE JUDGE